UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
September 25, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

|   |   |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge STANLEY BLUMENFELD, JR. | ORDER OF THE CHIEF JUDGE<br><br>**20-119** |

    Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Stanley Blumenfeld, Jr.,

    IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Dolly M. Gee to the calendar of Stanley Blumenfeld, Jr.:

| Case Number | Case Title |
|---|---|
| 2:19-cv-04513-DMG-PVC | Harold Yong Park v. Raymond Madden |
| 2:19-cv-05782-DMG-KSx | Eugene Barnes v. Costco Wholesale Corporation et al. |
| 2:19-cv-06158-DMG-PLAx | A.S.M.V. et al. v. County of Los Angeles et al. |
| 2:19-cv-08536-DMG-JDEx | Kendrick C Azubuike v. City of Santa Monica et al. |
| 2:19-cv-10018-DMG-AFMx | Diana Quinn v. The Prudential Insurance Company of America et al. |
| 2:20-cv-02352-DMG-AFMx | Grace Cho v. Savannarith Leng et al. |
| 2:20-cv-03748-DMG-JCx | Gabrielle Reynolds v. US Dealer Services Inc. |
| 2:20-cv-04397-DMG-PVCx | United African-Asian Abilities Club, et al v.Del Rio, Limited, et al. |
| 2:20-cv-04477-DMG-KSx | Estate of Daniel Hernandez et al v. City of Los Angeles et al. |
| 2:20-cv-04571-DMG-MRWx | Anthony Bouyer v. Sam Mushmel et al. |
| 2:20-cv-06157-DMG-Ex | Andrea Freedman v. USAA Casualty Insurance Company, et al. |
| 2:20-cv-06389-DMG-JCx | Carmen John Perri v. Frank Schmoranzer et al. |
| 2:20-cv-06974-DMG-Ex | Kjersti Flaa v. Hollywood Foreign Press Association et al. |
| 2:20-cv-07606-DMG-AFMx | Anthony Bouyer v. Groff Equity Management, LLC et al. |
| 2:20-cv-08156-DMG-JPRx | August Image, LLC v. Gramercy Global Media, Inc. et al. |
| 5:19-cv-01379-DMG-SPx | Dolores Padilla v. Peraton Inc. et al. |

In the Matter of the
Creation of Calendar for
District Judge Stanley Blumenfeld, Jr.                                                                           2

_____

| | |
|---|---|
| 5:19-cv-02387-DMG-DFM | Jaime Ramiro Vega v. Neil McDowell |
| 5:20-cv-00155-DMG-KKx | Ronald J. Sumlar, Sr. et al. v. FCA US LLC et al. |
| 5:20-cv-00556-DMG-MAA | Terrence Anthony Hawkins v. Loh et al. |
| 5:20-cv-01444-DMG-SPx | James Rutherford v. Loma Linda University Shared Services et al. |
| 5:20-cv-01482-DMG-SHKx | United States of America v. 200.37 Acres of Land, More or Less, Situate in San Bernardino County, California et al. |
| 5:20-cv-01676-DMG-SPx | Misael Romero v. Highland Dental Center et al. |
| 5:20-cv-01699-DMG-SPx | Jarrell Ellsworth v. Schneider National Carriers, Inc. et al. |
| 5:20-cv-01781-DMG-AGR | Kim Cindy Ehirim v. Andrew Saul |

DATED: September 25, 2020                                    _____
                                                                                     Chief Judge Philip S. Gutierrez