UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:  5:20-cv-01444-SB-SP | Date:  Nov. 6, 2020 |

| | |
|---|---|
| Title: | *James Rutherford v. Loma Linda University Shared Services, et al.* |

| | |
|---|---|
| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |

| Victor Cruz | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Osman M. Taher | E. Nathan Schlit |

**Proceedings:**     **SCHEDULING CONFERENCE**

At the scheduling conference, the parties stated that they are working diligently on trying to resolve this case and are optimistic about a prompt resolution. Both parties agreed, however, that the case would be a bench trial in the event of a trial. The plaintiff also had no objection to dismissing the DOE defendants at this time, and thus the DOE defendants are hereby DISMISSED.

The Court has reviewed the Joint Rule 26(f) report and sets the pretrial and trial dates noted in the table below. A more complete description of these deadlines is contained in the Order Setting Scheduling Conference. The parties are reminded that the deadlines below will *not* be continued *absent a specific, supported showing of good cause*, as described in the Civil Standing Order ¶ 10, at 9.[1]

---

[1] The Civil Standing Order is located on the Central District of California's website and may be obtained by (control) clicking on the link provided below.
https://www.cacd.uscourts.gov/sites/default/files/documents/SB/AD/MSC%20%28Order%20Setting%29%20%28SB%29%20%2810-5-2020%29.pdf

| | |
|---|---|
| **Trial**   ☒ Court  ☐ Jury        (Mon., 8:30 a.m.) | July 19, 2021 |
| **Pretrial Conference**        (Fri., 11:00 a.m.)<br>(including hearing on motions in limine) | June 25, 2021 |
| **Motion to Amend Pleadings/Add Parties**<br>(Hearing Deadline) | January 5, 2021 |
| **Discovery Deadline – Nonexpert** | February 19, 2021 |
| **Discovery Deadline – Expert** | April 2, 2021 |
| Initial Expert Disclosure | February 12, 2021 |
| Rebuttal Expert Disclosure | March 12, 2021 |
| **Motion Hearing Deadline**   (Friday, 8:30 a.m.) | April 2, 2021 |
| **Settlement Conference Deadline**<br>☐ 1. Mag. J.  ☒ 2. Panel  ☐ 3. Private | April 16, 2021 |
| **Post-Settlement Status Conf.**  (Fri., 8:30 a.m.): | April 30, 2021 |
| Status Report Due (3 court days before): | April 27, 2021 |
| **Trial Filings (First Set) Deadline** | May 28, 2021 |
| **Trial Filings (Second Set) Deadline** | June 11, 2021 |

    **IT IS SO ORDERED**.

 

0.05