**FILED**
CLERK, U.S. DISTRICT COURT

March 26, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOMA LINDA UNIVERSITY SHARED SERVICES, a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:20-cv-01444-SB-SP<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Loma Linda University Shared Services ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: March 26, 2021



_____

UNITED STATES DISTRICT JUDGE